613 A.2d 1206

**Ronald RESKOWSKI, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.**

Supreme Court of Pennsylvania.

Argued Sept. 22, 1992.

Decided Oct. 14, 1992.

John Stember, Neighborhood Legal Services Ass'n, Pittsburgh, for appellant.

Clifford F. Blaze, Chief Counsel, Unemployment Compensation Bd. of Review, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.